UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VI NGO,<br><br>        Plaintiff,<br><br>   v.<br><br>COMCAST CORPORATION, et al.,<br><br>        Defendants. | Case No.17-cv-01194-PJH<br><br>**JUDGMENT**<br>Re: Dkt. No. 18 |

On September 25, 2017, plaintiff Vi Ngo accepted defendant Comcast Corporation's offer of judgment pursuant to Federal Rule of Civil Procedure 68(a). On October 4, 2017, plaintiff notified the court of the same. Pursuant to Federal Rule of Civil Procedure 68(a), the Court hereby ENTERS judgment in favor of plaintiff and against defendants. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 6, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge